UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICHAI VONGSVIRATES,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK N.A and RUSHMORE LOAN MANAGEMENT SERVICES,<br><br>    Defendants. | Case No.: 1:20-cv-0474 DAD JLT<br><br>ORDER STRIKING PLAINTIFF'S AMENDED COMPLAINT<br><br>(Doc. 15) |

Previously, the Court determined Plaintiff failed to provide facts to support his claims and the pleading deficiencies could not be cured by amendment. (*See* Doc. 12 at 6) Plaintiff did not file any objections to these findings, despite being informed that failure to do so "within the specified time may waive the right to appeal." (*See id.* at 7) On August 7, 2020, the Court denied Plaintiff's motion to proceed *in forma pauperis* and dismissed the action without prejudice. (Doc. 13) Thus, the Court entered judgment on August 7, 2020. (Doc. 14)

On December 15, 2020, Plaintiff filed a Second Amended Complaint. (Doc. 15) However, the action has been closed for more than four months, and judgment has been entered. The Court will not re-open the action for Plaintiff to again to attempt claims that the Court previously determined were not cognizable. (*See* Doc. 12; Doc. 13) Accordingly, the Court **ORDERS**:

1. The Second Amended Complaint (Doc. 15) is **STRICKEN**; and

1

2. Plaintiff is informed no further filings will be accepted in this action.

IT IS SO ORDERED.

Dated: **December 22, 2020**               **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE